Fill in this information to identify your case:

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number (if known): _____    Chapter 11

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy       4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Via Airlines, Inc. |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 84-1397537 |
| 4. | Debtor's address | **Principal place of business**<br>218 Jackson Street<br>Maitland, FL 32751<br>Number, Street, City, State & ZIP Code<br><br>Seminole<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor   Via Airlines, Inc.                                                       Case number (*if known*)
         Name

7. **Describe debtor's business**   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ■ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   _____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ■ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ■ No.
   ☐ Yes.

   If more than 2 cases, attach a separate list.

   | District | When | Case number |
   |---|---|---|
   | District | When | Case number |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ■ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    | Debtor  |      | Relationship          |
    |---|---|---|
    | District | When | Case number, if known |

Debtor  Via Airlines, Inc.  
       Name

Case number (*if known*)

**11. Why is the case filed in this district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

Where is the property?
_____
Number, Street, City, State & ZIP Code

Is the property insured?

☐ No

☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☒ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☒ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☒ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor   Via Airlines, Inc.                                                                 Case number (if known)
         Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/8/2019
              MM / DD / YYYY

X _____         Amos Vizer
Signature of authorized representative of debtor   Printed name

Title   Chairman of the Board

**18. Signature of attorney**

X _____  98158         Date  10/8/2019
Signature of attorney for debtor                        MM / DD / YYYY

For   Justin M. Luna 0037131
      Printed name

Latham Luna Eden & Beaudine LLP
Firm name

111 N. Magnolia Avenue
Suite 1400
Orlando, FL 32801
Number, Street, City, State & ZIP Code

Contact phone  (407) 481-5800      Email address

0037131 FL
Bar number and State

**Fill in this information to identify the case:**

Debtor name: Via Airlines, Inc.

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known):

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule _____
■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/8/19     X _____
Signature of individual signing on behalf of debtor

Amos Vizer
Printed name

Chairman of the Board
Position or relationship to debtor

Fill in this information to identify the case:
Debtor name: Via Airlines, Inc.
United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA
Case number (if known):

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example trade debts, bank loans, professional services and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AEG<br>25025 Interstate 45<br>Suite 550<br>The Woodlands, TX 77380 | | Trade debt | Unliquidated<br>Disputed | | | $207,907.00 |
| Air Station Aviation, Inc.<br>12510 Metro Parkway<br>Fort Myers, FL 33966 | | Trade debt | Unliquidated<br>Disputed | | | $101,753.41 |
| American Express<br>9550 Regency Square Blvd.<br>Suite 501<br>Jacksonville, FL 32225 | | Credit card purchases | Unliquidated<br>Disputed | | | $617,000.00 |
| Avmax Aircraft Leasing<br>2055 Pegasus RD NE<br>Calgary, Alberta Canada, T2E 8C3 | | Loan | | | | $1,000,000.00 |
| Charlotte Douglas Intl.<br>Office of the Aviation Dir.<br>PO Box 19066<br>Charlotte, NC 28219 | | Trade debt | Disputed | | | $227,685.00 |
| Chase Visa<br>C/O National Bank<br>PO Box 36520<br>Louisville, KY 40233-6520 | | Credit card purchases | | | | $135,866.00 |

Debtor  Via Airlines, Inc.  
Name

Case number (if known)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Embraer<br>276 Southwest 34th Street<br>Fort Lauderdale, FL 33315 | | Trade debt | Unliquidated<br>Disputed | | | $141,540.00 |
| First Data Merchant Account<br>150 N College Street<br>15th Floor<br>Charlotte, NC 28202 | | Passenger Refunds | Unliquidated<br>Disputed | | | $514,000.00 |
| KeyBank<br>800 Superior Avenue<br>1st Floor<br>Cleveland, OH 44114 | | Loan | Unliquidated<br>Disputed | | | $1,500,000.00 |
| KS Air One, LLC<br>2605 Maitland Center Pkwy<br>Suite A<br>Maitland, FL 32751 | | Convertible Note | | | | $863,220.00 |
| LoneStar Airport Holdings<br>10000 Logistics Lane<br>Austin, TX 78719 | | Trade debt | Unliquidated<br>Disputed | | | $72,211.55 |
| Marsh USA Inc<br>Marsh Aviation and Aerospace<br>Attn: Kim Carlson<br>1717 Main Street<br>Dallas, TX 75201 | | Insurance | Unliquidated<br>Disputed | | | $107,866.00 |
| MMA Aviation, LLC<br>c/o Lowndes Drosdick<br>215 N. Eola Drive<br>Orlando, FL 32801 | | Convertible Note | | | | $400,000.00 |
| N251 YV, LLC<br>Attn:; Tom Neal<br>332 North Magnolia Avenue<br>Orlando, FL 32801 | | | Unliquidated<br>Disputed | | | $1,331,799.94 |
| Oklahoma City Airport Trust<br>7100 Terminal Drive<br>Box 937<br>Oklahoma City, OK 73159 | | Trade debt | Unliquidated<br>Disputed | | | $78,282.43 |
| Precision Aviation Group<br>495 Lake Mirror Road<br>#800-G<br>Atlanta, GA 30349 | | Trade debt | Unliquidated<br>Disputed<br>Subject to Setoff | | | $260,383.00 |

Debtor   Via Airlines, Inc.
         Name

Case number (if known) _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Sabre GLBL Inc.<br>3150 Sabre Drive<br>Southlake, TX 76092 | | Trade debt | Unliquidated<br>Disputed | | | $72,888.28 |
| Wells Fargo Bank NW, NA<br>Elite Business Aircraft, LLC<br>299 Main Street<br>5th Floor, MAC U1228-051<br>Saslt Lake City, UT 84111 | | Aircraft Lease | | | | $3,828,000.00 |
| World Fuel Services<br>9800 NW 41st Street<br>Miami, FL 33178 | | Trade debt | Unliquidated<br>Disputed | | | $164,139.75 |
| Yellow Butterfly Investments<br>230 W Reading Way<br>Winter Park, FL 32789 | | Convertible Note | | | | $100,000.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 3
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

## United States Bankruptcy Court
### Middle District of Florida

In re: Via Airlines, Inc.
Debtor(s)

Case No. _____
Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| KS Air One, LLC<br>2605 Maitland Center Pkwy<br>Suite A<br>Maitland, FL 32751 | Class C, Series B | 8.76% | Equity |
| Via EO Capital, LLC<br>218 Jackson Street<br>Maitland, FL 32751 | Class C, Series A | 22.8% | Equity |
| ViaAir Aviation Holdings<br>111 S. Maitland Avenue<br>Maitland, FL 32751 | Class A | 68.4% | Equity |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chairman of the Board** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  10/8/19

Signature  _____
Amos Vizer

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Middle District of Florida

In re   Via Airlines, Inc.  
                    Debtor(s)

Case No.  
Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chairman of the Board of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   10/8/19

Amos Vizer/Chairman of the Board  
Signer/Title

Via Airlines, Inc.
218 Jackson Street
Maitland, FL 32751

Justin M. Luna
Latham Luna Eden & Beaudine LLP
111 N. Magnolia Avenue
Suite 1400
Orlando, FL 32801

111 Maitland, LLC
111 S. Maitland Avenue
Maitland, FL 32751

218 Jackson, LLC
111 S. Maitland Avenue
Maitland, FL 32751

AEG
25025 Interstate 45
Suite 550
The Woodlands, TX 77380

Air Station Aviation, Inc.
12510 Metro Parkway
Fort Myers, FL 33966

Air X
5525 NW 15th Ave
Fort Lauderdale, FL 33309

Airgas USA, LLC
259 North Radnor-Chester RD
Suite 100
Radnor, PA 19087-5283

AIRNC
2551 Riva Road
Annapolis, MD 03054

American Express
9550 Regency Square Blvd.
Suite 501
Jacksonville, FL 32225

American Express Corporate
PO Box 650448
Dallas, TX 75265-0448

Anset Aircraft Spares
12675 Encinitas Avenue
Sylmar, CA 91342

Ascentium Capital Leasing
23970 Highway 59 N.
Kingwood, TX 77339

AvFuel Corporation
47 E. Ellsworth Road
Ann Arbor, MI 48108

Aviall Services, Inc.
PO Box 619048
Dallas, TX 75261

Avmax Aircraft Leasing
2055 Pegasus RD NE
Calgary, Alberta
Canada, T2E 8C3

Bank of America
Attn: Mmiguel M. Cordano
Liebler Gonzalez Portuondo
44 West Flagler Street
Miami, FL 33130

Bank of America First Data
150 North College Street
15th Floor
Charlotte, NC 28202

C&L Aerospace
40 Wyoming Avenue
Bangor, ME 04401

CAMP
11 Continental Blvd
Suite C
Merrimack, NH 03054

CAP Air Freight, Inc.
Attn: Thomas & Thomas
2323 Park Avenue
Cincinnati, OH 45206

Charlotte Douglas Intl.
Office of the Aviation Dir.
PO Box 19066
Charlotte, NC 28219

Chase Visa
C/O National Bank
PO Box 36520
Louisville, KY 40233-6520

City of Austin
Department of Aviation
3600 Presidential Blvd
Suite 411
Austin, TX 78719

City of Maitland
Maitland Municipal Complex
1776 Independence Lane
Maitland, FL 32751

Clinton National Airport
Attn: Executive Director
1 Airport Drive
Lilttle Rock, AR 72202

Commuter Spares Intl Inc.
10609 Chillicothe Road
Kirtland, OH 44094

Duke Energy
PO Box 1004
Charlotte, NC 28201

Embraer
276 Southwest 34th Street
Fort Lauderdale, FL 33315

Expense Watch, Inc.
620 W.w Germantown Pike
Suite 220
Plymouth Meeting, PA 19462

First Data Merchant Account
150 N College Street
15th Floor
Charlotte, NC 28202

Flight Safety International
PO Box 75691
Charlotte, NC 28275

FNB Equipment Finance
Attn: Vincent M. Roskovnsky
Clark Hill, PLC
301 Grant Street
Pittsburgh, PA 15219

Freightquote, Inc.
901 Carondelet Drive
Kansas City, MO 64114

Garafalo Goerlich Hainbach
1200 New Hampshire Ave NW
Susite 550
Washington DC, DC 20036

Gary Kleiman
5700 Arbor Club Way
#7
Boca Raton, FL 33433

Gary Salyers Cleaning Serv
Stenstrom McIntosh Colbert
300 International Parkway
Suite 100
Lake Mary, FL 32746

Global Aviation Services
920 Aldrin Drive
Eagen, MN 55121

IberiaBank
Attn: Michael Waskiewicz
50 N. Laura Street
Suite 3000
Jacksonville, FL 32202

IntelliSys Aviation Systems
75 Prince William St.
St. John, NB E2L 2B2, Canada

Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346

Jon Edward Rose Trust
333 Trtisman Terrace
Winter Park, FL 32789

Kelly & Brian Hassler
2608 Running Wyld
Leander, TX 78641

KeyBank
800 Superior Avenue
1st Floor
Cleveland, OH 44114

Kronos Airline Solutions
11962 SW 126th Lane
Miami, FL 33186

KS Air One, LLC
2605 Maitland Center Pkwy
Suite A
Maitland, FL 32751

LoneStar Airport Holdings
10000 Logistics Lane
Austin, TX 78719

M2 Lease Funds, LLC
175 Patrick Blvd, #135
Brookfield, WI 53045

Marsh USA Inc
Marsh Aviation and Aerospace
Attn: Kim Carlson
1717 Main Street
Dallas, TX 75201

Mayra Concepcion
Attn: Brandon J. Hill, Esq.
1110 N. Florida Avenue
Tampa, FL 33602

Miller Canfield
150 West Jefferson
Suite 2500
Detroit, MI 48226

MMA Aviation, LLC
c/o Lowndes Drosdick
215 N. Eola Drive
Orlando, FL 32801

Modlin Slinsky P.A.
1551 Sawgrass Corp. Pkwy
Suite 110
Sunrise, FL 33323

Mountain Aircraft Maintenanc
Attn: Ralph Marcadis, Esq.
5104 S. Westshore Blvd
Tampa, FL 33611

N251 YV, LLC
Attn:; Tom Neal
332 North Magnolia Avenue
Orlando, FL 32801

N650CT, LLC
111 S. Maitland Avenue
Maitland, FL 32751

N653CT, LLC
111 S. Maitland Avenue
Maitland, FL 32751

N977SD, LLC
111 S. Maitland Avenue
Maitland, FL 32751

NavTech Systems Support, Inc
295 Hagey Boulevard
Suite 200
Waterloo, Ontario, N2L 6R5

O'Reilly Hospitality Mgmt
Attn: Kevin Algeo
291 Financial Drive
Hollister, MO 65672

Oklahoma City Airport Trust
7100 Terminal Drive
Box 937
Oklahoma City, OK 73159

Optimal Electric
2010 Marquette Avenue
Sanford, FL 32773

POWWOW, LLC
Attn: Jonathan Martone
151 S. Old Woodward Ave.
Suite 200
Birmingham, AL 48009

Precision Aviation Group
495 Lake Mirror Road
#800-G
Atlanta, GA 30349

Sabre GLBL Inc.
3150 Sabre Drive
Southlake, TX 76092

Sanford Airport Authority
1200 Red Cleveland Blvd
Sanford, FL 32773

Sanford Airport Authority
Attn: Brett Rernton, Esq.
Shutts & Bowen
PO Box 4956
Orlando, FL 32801

Seminole Cty Tax Collector
Attn: Jeff Greenberg
PO Box 630
Sanford, FL 32772-0630

Spectrum Business
VP and Assoc Gen. Counsel
Charter Communications
12405 Powerscourt Drive
St. Louis, MO 63131

Strombeck Consulting CPA's
150 Terra Mango Loop
Orlando, FL 32835

Via AC 14, LLC
111 S. Maitland Avenue
Maitland, FL 32751

Via EO Capital, LLC
218 Jackson Street
Maitland, FL 32751

Via652CT, LLC
111 S. Maitland Avenue
Maitland, FL 32751

ViaAir Aviation Holdings
111 S. Maitland Avenue
Maitland, FL 32751

ViaAir, LLC
111 S. Maitland Avenue
Maitland, FL 32751

Wells Fargo Bank NW, NA
Elite Business Aircraft, LLC
299 Main Street
5th Floor, MAC U1228-051
Saslt Lake City, UT 84111

World Fuel Services
9800 NW 41st Street
Miami, FL 33178

Yellow Butterfly Investments
230 W Reading Way
Winter Park, FL 32789

**United States Bankruptcy Court**
Middle District of Florida

In re    Via Airlines, Inc.
_____
                Debtor(s)

Case No. _____
Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Via Airlines, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Via EO Capital, LLC
218 Jackson Street
Maitland, FL 32751

ViaAir Aviation Holdings
111 S. Maitland Avenue
Maitland, FL 32751

☐ None [*Check if applicable*]

Date   10/8/2019

Justin M. Luna 0037131
Signature of Attorney or Litigant
Counsel for   Via Airlines, Inc.
Latham Luna Eden & Beaudine LLP
111 N. Magnolia Avenue
Suite 1400
Orlando, FL 32801
(407) 481-5800 Fax:(407) 481-5801