## United States Bankruptcy Court
### Middle District of Florida

In re    Via Airlines, Inc.

Debtor(s)

Case No.

Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Via Airlines, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Via EO Capital, LLC**
**218 Jackson Street**
**Maitland, FL 32751**

**ViaAir Aviation Holdings**
**111 S. Maitland Avenue**
**Maitland, FL 32751**

☐ None [*Check if applicable*]

Date    10/8/2019

Justin M. Luna 0037131
Signature of Attorney or Litigant
Counsel for    **Via Airlines, Inc.**
Latham Luna Eden & Beaudine LLP
**111 N. Magnolia Avenue**
**Suite 1400**
**Orlando, FL 32801**
**(407) 481-5800 Fax:(407) 481-5801**